# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　CASE NO: 2:19-cr-132-FtM-66NPM

JESUS ROBIN SUAREZ

_____/

### Sentencing

| Presiding Judge: | United States District Judge John L. Badalamenti |
|---|---|
| Counsel for Plaintiff(s): | Simon R. Eth |
| Counsel for Defendant(s): | Robert Peter Harris |
| | |
| Date and Time: | November 5, 2020<br>1:08 PM |
| Deputy Clerk: | Shelley Giauque |
| Court Reporter: | Jeff Thomas |
| Interpreter: | Gabriela Pedroza-Harding |

Start Time:  1:08 PM

Clerk calls case. Interpreter sworn. Counsel enter appearances.

Court advises of the defendant's plea of guilty to Counts One and Two of the Indictment. Defendant is adjudged guilty.

Court advises of PSR.  Mr. Harris notes that Mr. Joffe, former counsel, filed an objection to the enhancement that Mr. Suarez was a manager.  Mr. Harris presents argument that the defendant was more of a middleman.  Mr. Eth argues that Mr. Harris is arguing in the wrong conspiracy.  This defendant is at the top in this conspiracy.  Mr. Eth does not know how much money he received, but profit is the motive.   Court overrules the objection as to the application of the role enhancement.  Court notes the five participants in this case.  Court adopts the undisputed factual statements and guideline complications.

Sentencing guideline calculations:  Total offense level: 25, criminal history category: II, range: 63 to 78 months, supervised release: 1 to 3 years, No restitution, fine: $20,000 to $200,000, special assessment: $200.

Defendant provides a statement to the court.

Mr. Harris notes that the defendant has already served 30 something months on basically in the same Miami case, which is basically the same conspiracy.
Mr. Eth argues position and provides a sentencing recommendation at the high end of the guideline range. Mr. Harris responds and requests a variance or a concurrent sentence.

USPO reports that the defendant was writted on 9/25/2019 to the custody of USM for the Middle District of Florida.

2:20 PM – break

2:50 AM – Court enters.

Court comments.

**Sentence Imposed**:
78 months, which consists of 60 months on Count One and 18 months on Count Two, each count to run consecutive.  Shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in United States District Court for the Southern District of Florida Docket No.: 1:17-cr-20812-PCH-1.

Court believes that the defendant will receive credit for time served.

3 years supervised release as to Count One and 3 years as to Count Two, all such terms to run concurrently.  Special conditions:
  1. Search
  2. Financial – provide access
  3. Deportation – 1) participate in Institution Hearing Program of BOP; 2) Removal pursuant to 18 USC § 583(d)

DNA collection
Mandatory drug testing requirements are suspended.
Fine waived
Forfeiture – Court will await filing of forfeiture order.

Special Assessment: $200

The Court has accepted the plea agreement.
Court dismisses counts 3, 4, 5 and 6 of the Indictment.

Court finds sentence is sufficient, but not greater than necessary.

Request that the defendant be placed in a facility closer to home, and is interested in computer design and carpentry.

Recommendations to BOP:
1. That the defendant be housed in a BOP institution in close proximity to the defendant's home in Naples, Florida. Perhaps at the Coleman Complex or FCI Miami. If possible, and available, place him at an institution with vocational training in carpentry and interior design.

Defendant is currently taking medication for high blood pressure.

Court notes for the record that this is a very serious offense, that may seem harmless in some instances.

Counsel have no objections to the sentence or the manner in which the sentence was imposed.

Right to appeal.

Remand to the United States Marshal.

End time: 3:15 PM